# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Scot Beede and Geri Beede, | ) | |
| | ) | **ORDER MID-DISCOVERY STATUS** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Penske Truck Leasing Corporation, and | ) | |
| Penske Truck Leasing Co., L.P., | ) | |
| | ) | Case No. 1:21-cv-051 |
| Defendants. | ) | |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on September 29, 2021, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 12th day of April, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court